# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 8:05CV408 |
| OFFICER MARLIN MOUSSEAU, | ) | |
| LT. RICHARD GREENWALD, and | ) | ORDER |
| UNITED STATES DEPARTMENT | ) | |
| OF THE INTERIOR BUREAU OF | ) | |
| INDIAN AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the motions of defendants Marlin Mousseau and Richard Greenwald for a 90-day extension of time to answer or respond to the complaint (Filings 20 & 22). For good cause shown, I find that the motions should be granted.

**IT IS ORDERED:**

1. The motions for extension of time to answer (Filings 20 & 22) are granted.

2. Defendants Mousseau and Greenwald are given until **May 4, 2006** to answer or otherwise respond to the complaint.

3. This is a final extension.

**DATED February 3, 2006.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**