# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENNETH GRANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **8:05CV408** |
| **OFFICER MARLIN MOUSSEAU,** ) | |
| **LT. RICHARD GREENWALD, and** ) | **SCHEDULING ORDER** |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE INTERIOR BUREAU OF** ) | |
| **INDIAN AFFAIRS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Counsel for all parties have entered their appearances. Accordingly,

**IT IS ORDERED** that the parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court on or before May 18, 2006.

**DATED May 4, 2006.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**