IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENNETH GRANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV408** |
| v. ) | |
| ) | **ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the court on a "MOTION FOR RELEASE OF RECORDS" [37] filed by counsel for the United States. The court construes the motion as a motion to compel compliance with a subpoena served on the Omaha-Winnebago Indian Health Service Hospital, a non-party.

Motion practice in this district is governed by NECivR 7.1. Discovery motions must include, in the text of the motion or in attachment, a "verbatim recitation of each interrogatory, request, answer, response, and objection that is the subject of the motion." NECivR 7.1(i). Although the hospital's response was attached to the government's brief, the subpoena itself was not provided in conjunction with this motion.

Noting the government's request for expedited consideration,

**IT IS ORDERED:**

1. The United States is given until and including **Monday, August 28, 2006** to file a Supplement to Filing 37 consisting of a copy of the subpoena now at issue.

2. Plaintiff is given until and including **August 30, 2006** to respond to the MOTION FOR RELEASE OF RECORDS [37].

**DATED August 24, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**