IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENNETH GRANT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | **8:05CV408**<br><br>**ORDER** |

This matter is before the court on the government's "MOTION FOR RELEASE OF RECORDS" [37], as supplemented by Filing 40. Opposing counsel has notified the court that plaintiff has no objection to the release of the records identified in the subpoena served on Omaha-Winnebago Indian Health Service Hospital for the production of "any and all medical records maintained regarding Kenneth Grant[.]"

Accordingly,

**IT IS ORDERED** that defendant's MOTION FOR RELEASE OF RECORDS [37] is granted, and the Omaha-Winnebago Indian Health Service Hospital shall, forthwith, produce the medical records identified in the subpoena.

**DATED August 28, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**