IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH GRANT,<br><br>                Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | )<br>)<br>)<br>)    8:05CV408<br>)<br>)    ORDER<br>)<br>)<br>)<br>) |

      Plaintiff's attorney, Jeffrey A. Wagner, filed a Motion to Withdraw [44], and has served a copy of the motion on the plaintiff. Substitute counsel has not entered an appearance.

      **IT IS ORDERED:**

      1.   Counsel's Motion to Withdraw [44] is held in abeyance until December 15, 2006 pending the plaintiff's response, if any, or the appearance of substitute counsel. Plaintiff, Kenneth Grant, may respond by filing a written "Response to Motion to Withdraw," which shall be filed with the Clerk of the Court no later than December 15, 2006.

      2.   If the matter of plaintiff's representation is not resolved by the close of business on **December 15, 2006**, the Motion to Withdraw will be granted and the plaintiff, Kenneth Grant, will be deemed to be proceeding pro se, i.e., without the assistance of counsel. In that event, the plaintiff will be personally responsible for prosecuting this case on his own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.

      3.   Moving counsel shall serve a copy of this order on the plaintiff at his last known address and shall file proof of service with the court before the close of business on **November 27, 2006**.

      **DATED November 20, 2006.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**