# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH GRANT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | 8:05CV408<br><br>ORDER |

This matter is before the court on the motion [44] of Jeffrey A. Wagner for leave to withdraw as plaintiff's counsel. By order entered November 20, 2006, the motion was held in abeyance until December 15, 2006, pending the plaintiff's response, if any, or the appearance of substitute counsel. The November 20 order advised that if substitute counsel did not enter an appearance by December 15, 2006, the Motion to Withdraw would be granted and the plaintiff, Kenneth Grant, would be deemed to be proceeding pro se, i.e., without the assistance of counsel.

Moving counsel served a copy of the November 20, 2006 order on the plaintiff, as directed. As of this date, no substitute counsel has entered an appearance and plaintiff has not filed any response to the motion to withdraw.

**IT THEREFORE IS ORDERED:**

1. The motion [44] of Jeffrey A. Wagner for leave to withdraw as plaintiff's counsel is granted.

2. Plaintiff, Kenneth Grant, is hereby deemed to be proceeding pro se, i.e., without the assistance of counsel. Plaintiff is now personally responsible for prosecuting this case on his own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.

3. The Clerk shall amend the records of the court to show that plaintiff is proceeding pro se and shall mail a copy of this order to Kenneth Grant at his last known address, together with a copy of the docket sheet.

**DATED December 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge