IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH GRANT,                          )          Case No:  8:05CV408
                                        )
                  Plaintiff,            )
                                        )
          v.                            )          ORDER NUNC PRO TUNC
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                  Defendant.            )

The United States has moved for an Order correcting the caption nunc pro tunc
to reflect that the only Defendant in this action is the United States of America.  Good
cause appearing,

     IT IS ORDERED:

     The government's Motion for an Order Nunc Pro Tunc, Filing No. 68, is granted. The

captions of docket entries 41, 60 and 63 are corrected nunc pro tunc to delete any

reference to either individual defendant Marlin Mousseau or Richard Greenwald and

changed to show that the only defendant is the United States of America.

     DATED this 8th day of August, 2007.


                              BY THE COURT:


                              s/Laurie Smith Camp
                              United States District Judge