IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH GRANT, | ) | Case No: 8:05CV408 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States has moved for an Order vacating the August 10, 2007, deadline for the parties to file pretrial disclosures, the August 30, 2007 pretrial conference, and the September 24, 2007 trial date. See Filing No. 69. The government timely filed a motion to dismiss or for summary judgment on July 20, 2007. See Filing Nos. 60 & 64. That motion remains pending.

Accordingly,

IT IS ORDERED:

The government's motion, Filing No. 69, is granted. The August 10, 2007, deadline for filing pretrial disclosures, the August 30, 2007 pretrial conference setting, and the September 24, 2007 trial setting are held in abeyance pending resolution of the government's motion to dismiss or for summary judgment, at which time new dates will be provided if the motion is denied.

DATED this 8th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge